FILED
2008 MAR 31 PM 1:15
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08-CR-057 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID L. McELHINEY, | ) | |
| | ) | |
| Defendant | ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the Acting United States Attorney for the Northern District of Ohio hereby dismisses the Indictment against David L. McElhiney, defendant.

_____
Acting United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
United States District Judge

Date:

Form OBD-113
Dec. 82